United States District Court
Southern District of Texas
**ENTERED**
July 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRINCE MCCOY, SR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-01986 |
| | § | |
| ANTHONY NEWTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Plaintiff Prince McCoy, Sr. (TDCJ #00852958) is an inmate in custody of the Texas Department of Criminal Justice ("TDCJ") at the Polunsky Unit. Plaintiff filed this action under 42 U.S.C. § 1983, alleging that a TDCJ official at the Estelle Unit violated his civil rights. He has not paid the filing fee and presumably seeks leave to proceed *in forma pauperis*. After reviewing the pleadings and relevant court records, the Court concludes that this case must be dismissed under 28 U.S.C. § 1915(g).

## I.   DISCUSSION

Under the "three strikes" provision in 28 U.S.C. § 1915(g), a prisoner is not allowed to bring a civil action *in forma pauperis* in federal court if, while incarcerated, three or more of his civil actions or appeals were dismissed as frivolous, malicious, or for failure to state a claim for which relief may be granted, unless he is in "imminent danger of serious physical injury." *Id.* Once a prisoner has accumulated three qualifying dismissals or strikes for purposes of § 1915(g), he may not proceed without prepayment of the filing fee

1

unless he fits within the imminent-danger exception at the time his complaint is filed. *See Baños v. O'Guin*, 144 F.3d 883, 885 (5th Cir. 1998).

Plaintiff is a "three strikes" inmate who is barred from proceeding *in forma pauperis* pursuant to section 1915(g). *See, e.g., McCoy v. Norwood, et al.,* Appeal No. 19-10789 (5th Cir. Aug. 27, 2020) (dismissed as frivolous); *McCoy v. Stokes, et al.*, Civ. No. 2:18-cv-153 (N.D. Tex. Jun. 14, 2021) (dismissing case as frivolous); *McCoy v. Delone, et al.,* Civ. No. 1:20-cv-484 (E.D. Tex. Mar. 21, 2023) (dismissing case for failure to state a claim). The pleadings in this case do not show that Plaintiff is under imminent danger of serious physical injury or that he fits within the exception found in 28 U.S.C. § 1915(g). Because Plaintiff is not eligible to proceed *in forma pauperis*, the Court will dismiss the complaint without prejudice as barred by § 1915(g).

## II.    ORDER

Based on the foregoing, the Court **ORDERS** as follows:

1.    This case is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

2.    All pending motions, if any, are **DENIED** as **MOOT**.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, this _____ 24th _____ day of July 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE